IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUSTO L. CARRILES,

    Petitioner,

v.                                          CASE NO. 4:05-cv-00264-MP-AK

HOMELAND SECURITY,

    Respondent.

_____/

## **REPORT AND RECOMMENDATION**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Justo L. Carriles. Petitioner paid the filing fee. Respondent was directed to file a response, and it has filed a motion to dismiss based on the fact that no case or controversy exists, Petitioner having been released from detention. Doc. 9. Petitioner has not responded to the petition, and thus, this cause is in a posture for decision.

In his petition, Petitioner did not contest the removal but rather requested "to be able to go home, without me been incarcerated, much longer." Doc. 1 at 6. It is clear from the order of supervision attached to Respondent's answer that Petitioner has indeed been released. Doc. 9, Ex. 3. This cause is therefore moot and should be dismissed, Petitioner having been granted all the relief requested in his petition.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, Doc. 9, be **GRANTED**, and that the petition for writ of habeas corpus be **DISMISSED** as moot.

**IN CHAMBERS** at Gainesville, Florida, this **3rd** day of November, 2005.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**