IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUSTO L CARRILES,

    Petitioner,

v.                                              CASE NO. 4:05-cv-00264-MP-AK

HOMELAND SECURITY,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendations of the Magistrate Judge, recommending that doc. 9, the Respondent's motion to dismiss, be granted and that the petition for writ of habeas corpus be dismissed as moot. Objections to Report and Recommendation were due by December 1, 2005, but none were filed. The Court agrees with the Magistrate Judge that since petitioner asked only to be released, and has since been released, his petition is therefore moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Respondent's motion to dismiss (doc. 9) is granted, this action dismissed, and the clerk directed to close the file.

**DONE AND ORDERED** this   *4th* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge